# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D2025-1258

—————————————————

DILLON MATHEW VOEGELE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

March 13, 2026

PER CURIAM.

AFFIRMED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Dillon Mathew Voegele, pro se, Appellant.

James Uthmeier, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.